UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**HMV OF RUSTON INC.**                    **CASE NO. 3:25-CV-00947**

**VERSUS**                                **JUDGE TERRY A. DOUGHTY**

**ACCELERANT SPECIALTY**                  **MAG. JUDGE KAYLA D.**
**INSURANCE CO**                          **MCCLUSKY**

**JUDGMENT**

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 14], noting the lack of objections thereto, and reviewing the record *de novo* and concurring with the findings and reasons of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that Accelerant's Motion to Dismiss [Doc. No. 7] is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that Accelerant's Motion is **GRANTED** as to HMV's request for declaratory judgment and that claim is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Accelerant's Motion is **DENIED** insofar as it seeks the dismissal of HMV's breach of contract claim and breach of good faith and fair dealing claims.

**IT IS FURTHER ORDERED** that Accelerant's alternative Motion for More Definitive Statement is **GRANTED**.

**IT IS FURTHER ORDERED** that HMV file a second amended complaint addressing the deficiencies in its Complaint and Amended Complaint, as identified in the Report and Recommendations, within fourteen (14) days of this Judgment.

MONROE, LOUISIANA, this 13th day of February 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE